IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02391-WDM-KMT

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

BOHENKAMP CONSTRUCTION, INC., et al.,

    Defendants.

---

### NOTICE OF DISMISSAL OF LEROY BROWN AND SHIRLEY BROWN ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice as to Leroy Brown and Shirley Brown only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on January 8, 2009.

                                                  BY THE COURT:

                                                  s/ Walker D. Miller
                                                  United States Senior District Judge