IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02391-WDM-KMT

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

BOHNENKAMP CONSTRUCTION, INC., AND
MICHAEL BOHEKAMP.

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice of claims for statutory damages and attorney's fees only in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, the statutory damages and attorney's fees claims are dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 20, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge

PDF FINAL