IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02391-WDM-KMT

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

BOHNENKAMP CONSTRUCTION, INC.,
MICHAEL BOHNENKAMP, and
MARTHA WARNER,

    Defendants.

---

**ORDER**

---

    The Settlement Conference currently set for February 11, 2010 at 1:30 p.m. is VACATED.

    Dated this 19th day of November, 2009.

                                              **BY THE COURT:**

                                              Kathleen M. Tafoya
                                              United States Magistrate Judge