# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No.   08-cv-02391-WDM-KMT | FTR |
| Date:   November 24, 2009 | Debra Brown, Deputy Clerk |
| HOME DESIGN SERVICES, INC., | Anthony M. Lawhon |
| Plaintiffs. | |
| v. | |
| BOHNENKAMP CONSTRUCTION, INC.<br>MICHAEL BOHNENKAMP | James M. Dieterich |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in Session: 10:00 a.m.**

Court calls case.  Appearances of Counsel.

Defendant's [74] MOTION to Amend/Correct/Modify Deposition Subpoena Pursuant to F.R.C.P. 45(c)(3) and Request for Forthwith Hearing, filed November 20, 2009 at issue.
Argument by Counsel.

**ORDERED:**   Defendant's [74] MOTION to Amend/Correct/Modify Deposition Subpoena Pursuant to F.R.C.P. 45(c)(3) and Request for Forthwith Hearing, filed November 20, 2009 is **GRANTED.**  Mr. Schmitt, will be deposed in Denver to the extent that Home Design Services wants to depose the witness. Defendants Counsel shall arrange for a conference room to be available for the deposition.

**ORDERED:**   Plaintiff's Oral Request for Defense Counsel to bear the costs for travel in connection with the deposition of Mr. Schmitt is **DENIED.**

**ORDERED:**   Plaintiff's Oral Motion to Extend the Discovery deadline is **DENIED** for the reasons stated on the record.

**Court in recess: 10:42 a.m.**
Total In-Court Time 0:42; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.