IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02391-WDM-KMT

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

BOHNENKAMP CONSTRUCTION, INC., et al.,

    Defendants.

## NOTICE OF STIPULATED DISMISSAL OF PARTY

Miller, J.

    This matter is before me on the stipulation for dismissal of all claims against Defendant Gayla Warner, with prejudice, filed by Plaintiff and Defendant Warner (doc no 79). I construe the stipulation as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and accordingly take judicial notice that all claims are dismissed with prejudice as to Defendant Gayla Warner, each party her, his or its own attorneys' fees and costs.

    DATED at Denver, Colorado, on December 2, 2009.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge