IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02391-WDM-KMT

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

BOHNENKAMP CONSTRUCTION, INC., AND
MICHAEL BOHNENKAMP,

    Defendants.

---

## AMENDED NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, Counts 2, 3, 4 and 5 of the Second Amended Complaint are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees. The only remaining claim is "Count 1."

DATED at Denver, Colorado, on April 7, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge