IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02391-WDM-KMT

HOME DESIGN SERVICES, INC.

    Plaintiff,

v.

BOHNENKAMP CONSTRUCTION, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Counsel having advised the court that the case has settled, all pending motions are now moot. Counsel are directed to file settlement papers on or before May 3, 2010.

Dated: April 9, 2010

                                     s/ Jane Trexler, Judicial Assistant